RICHARD A. WRIGHT, ESQUIRE
Nevada Bar No. 886
SUNETHRA MURALIDHARA, ESQUIRE
Nevada Bar No. 13549
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com
smuralidhara@wmllawlv.com
Attorney for Juan Luis-Rico

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN LUIS-RICO, <br><br> Defendant. | CASE NO. 2:20-CR-00156-RFB-DJA |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, CHRISTOPHER CHIOU, Acting United States Attorney, through SHAHEEN TORGOLEY, Assistant United States Attorney; and Defendant JUAN LUIS-RICO, by and through his counsel, RICHARD A. WRIGHT, ESQUIRE and SUNETHRA MURALIDHARA, ESQUIRE, Wright Marsh & Levy, that the sentencing hearing currently scheduled for January 6, 2022, at 9:00 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The parties need additional time to prepare for Defendant Luis-Rico's sentencing hearing. Defense counsel also requires additional time to meet with Mr. Luis-Rico and review documents, and prepare a sentencing memorandum.

2. The parties agree to the continuance. Mr. Luis-Rico is presently in custody and agrees to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

4. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

5. This is the first request for a continuance of the sentencing hearing.

Dated this 13th day of December, 2021.

Respectfully submitted:

| WRIGHT MARSH & LEVY | CHRISTOPHER CHIOU<br>ACTING UNITED STATES ATTORNEY |
|---|---|
| BY  /s/ Richard A. Wright<br>   RICHARD A. WRIGHT, ESQUIRE<br>   SUNETHRA MURALIDHARA, ESQUIRE<br>   Attorney for Juan Luis-Rico | BY  /s/ Shaheen Torgoley<br>   SHAHEEN TORGOLEY<br>   Assistant U.S. Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>JUAN LUIS-RICO, )<br>  )<br>  Defendant. )<br>_____ ) | CASE NO. 2:20-CR-00156-RFB-DJA<br><br>**ORDER** |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for January 6, 2022, at 9:00 a.m., be vacated and continued to  March 10, 2022 , 2022, at  10:00  a.m.

DATED:    December 15, 2021

_____
RICHARD F. BOULWARE, II
United States District Judge

3