

# SEALED

**Office of the United States Attorney**
**District of Nevada**
**501 Las Vegas Boulevard South,**
**Suite 1100**
**Las Vegas, Nevada 89101**
**(702) 388-6336**

1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 14853
3  ANDREW W. DUNCAN
   Nevada Bar No. 14702
4  JACOB OPERSKALSKI
   Nevada Bar Number 14742
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  Tel: (702) 388-6336
   Fax: (702) 388-6418
7  Andrew.Duncan@usdoj.gov
   Jacob.Operskalski@usdoj.gov
8  *Attorneys for the United States of America*

9              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
10
    UNITED STATES OF AMERICA,              Case No.: 2:20-cr-00156-RFB-DJA
11
                    Plaintiff,             **MOTION TO CONTINUE**
12                                         **SENTENCING**
              vs.                          **(Second Request)**
13
    JUAN LUIS-RICO,                              **(Under Seal)**
14
                    Defendant.
15

16

17        The United States of America hereby moves, by and through Christopher Chiou,

18  Acting United States Attorney, Andrew Duncan, Assistant United States Attorney, and

19  Jacob Operskalski, Assistant United States Attorney, counsel for the United States of

20  America, that the sentencing hearing currently scheduled for March 10, 2022, be vacated

21  and reset to a date and time convenient to this Court, but no sooner than thirty (30) days

22  from the current sentencing date.

23  ///

24  ///

                                   1

1    The Government so moves for the following reasons:

2    1.    The defendant has not yet met with the Government pursuant to 18 U.S.C.

3    § 3553(f)(5) – as required to be eligible for the safety valve provision.  A brief continuance

4    will help facilitate that meeting.

5    2.    Counsel for the Unites States and for the defendant have met and conferred

6    and defense counsel does not object to this motion.

7    3.    This request is made by motion rather than by stipulation because defense

8    counsel will not have an opportunity to speak with the defendant in order to obtain his

9    position regarding a stipulation in short order.

10    4.    Additionally, denial of this request for a continuance could result in a

11    miscarriage of justice.

12    5.    The additional time requested by this motion is made in good faith and not

13    for purposes of delay.

14    6.    This is the second request to continue the sentencing hearing (the first being

15    by stipulation).

16    7.    The parties request this motion and any resulting Order be filed under seal

17    because of the reference to 18 U.S.C § 3553(f)(5).

18    DATED this 3rd day of March, 2022.

19                                                    Respectfully submitted,

                                                      CHRISTOPHER CHIOU
20                                                    Acting United States Attorney

21                                                    /s/ Andrew Duncan
                                                      ANDREW DUNCAN
22                                                    Assistant United States Attorney

23                                                    /s/ Jacob Operskalski
                                                      JACOB OPERSKALSKI
24                                                    Assistant United States Attorney

2

1

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

3

UNITED STATES OF AMERICA,                    Case No.: 2:20-cr-00156-RFB-DJA

4                          Plaintiff,                    **ORDER TO CONTINUE**
                                                        **SENTENCING (SECOND**
                                                        **REQUEST)**
5                  vs.

6          JUAN LUIS-RICO,                                    **(Under Seal)**

7                          Defendant.

8          Based on the unopposed motion of the United States, the sentencing hearing in this

9    matter is hereby continued. The ends of justice served by granting said continuance

10   outweigh the best interests of the public and the defendant in a speedy sentencing, since

11   failure to grant said continuance would be likely to result in a miscarriage of justice, and

12   would deny the parties herein sufficient time and the opportunity within which to be able

13   to effectively and thoroughly prepare for sentencing, taking into account the exercise of

14   due diligence.

15          IT IS HEREBY ORDERED that the sentencing in the above-captioned matter

16   currently scheduled for March 10, 2022 at 10:00 a.m., be vacated and continued to

17   April 21            , 2022, at            11:00            a  .m.

18     DATED:  March  3   , 2022

19

20   _____
     HONORABLE RICHARD F. BOULWARE
21   UNITED STATES DISTRICT JUDGE

22

23

24

3